UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW WALLACE, | ) |
| Plaintiff, | ) |
| | ) No. 1:16-cv-1261 |
| -v- | ) |
| | ) Honorable Paul L. Maloney |
| EDWARD W. SPARROW HOSPITAL ASSOCIATION, INC., | ) |
| Defendant. | ) |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 2, 2018            /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge